IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. __3:26cr475__ |
| | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| | ) 18 U.S.C. § 924(a)(8) |
| | ) 18 U.S.C. § 924(c)(1)(A)(i) |
| v. | ) 18 U.S.C. § 924(d)(1) |
| | ) 21 U.S.C. § 841(a)(1) |
| | ) 21 U.S.C. § 841(b)(1)(C) |
| | ) 21 U.S.C. § 841(b)(1)(D) |
| | ) 21 U.S.C. § 841(b)(2) |
| MESSIAH YOUNG | ) 21 U.S.C. § 853 |
| | ) 21 U.S.C. § 881 |
| | ) 28 U.S.C. § 2461(c) |
| | ) |
| | ) **INDICTMENT** |

## COUNT 1

**THE GRAND JURY CHARGES:**

That on or about June 2, 2025, in the District of South Carolina, the Defendant, **MESSIAH YOUNG**, knowingly possessed a firearm that had been shipped and transported in interstate and foreign commerce, to wit, a Glock, model 43x, 9mm pistol, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

RECEIVED

MAY 2 6 2026

FLORENCE, S.C.

## COUNT 2

**THE GRAND JURY FURTHER CHARGES:**

That on or about June 2, 2025, in the District of South Carolina, the Defendant, **MESSIAH YOUNG**, knowingly, intentionally, and unlawfully did possess with intent to distribute quantities of cocaine and Oxycodone, both Schedule II controlled substances; a quantity of marijuana, a Schedule I controlled substance; and a quantity of Xanax, a Schedule IV controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 841(b)(1)(D), and 841(b)(2).

## COUNT 3

**THE GRAND JURY FURTHER CHARGES:**

That on or about June 2, 2025, in the District of South Carolina, the Defendant, **MESSIAH YOUNG**, knowingly used and carried a firearm during and in relation to, and did possess a firearm in furtherance of, a drug trafficking crime, as alleged in Count 2, which may be prosecuted in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

2

**FORFEITURE**

FIREARM/DRUG OFFENSES:

Upon conviction for felony violation of Title 18 and 21, United States Code as charged in this Indictment, the Defendant, **MESSIAH YOUNG,** shall forfeit to the United States all of the Defendant's rights, title and interest in and to any property, real and personal,

    (a)    constituting, or derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

    (b)    used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code;

    (c)    any firearms and ammunition (as defined in 18 U.S.C. § 921) –

        (1)    used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of controlled substances or any proceeds traceable to such property;

        (2)    involved in or used in any knowing violation of 18 U.S.C. § 924, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

(a) Firearm:

Glock Model 43x 9mm pistol bearing serial number AKVG883

(b) Ammunition:

39 rounds of 9mm ammunition

3

(c) Cash/U.S. Currency

Approximately $10,000 seized on June 2, 2025

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A _True_ BILL

█████████████████████

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Todd Timmons (#11254)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
803-929-3000
Email: Todd.Timmons@usdoj.gov

4